UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTED TRUST COMPANY FBM MARIA DYDO, et al.,<br>Plaintiffs,<br>v.<br>JESSICA ROBERTS, et al.,<br>Defendants. | Case No. 26-cv-06945-AMO<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs filed a motion for preliminary injunction on July 9, 2026. Dkt. No. 5. On July 20, 2026, Plaintiffs moved to continue the hearing on their motion, which was granted on July 31, 2026. Defendants filed an opposition to the motion on September 22, 2026, Dkt. No. 28, and Plaintiffs' reply followed on September 28, 2026, Dkt. No. 32. On October 2, 2026, the Court's Clerk noticed the parties that the action was reassigned to the undersigned, that all pending motions were taken off calendar, and directed the parties to re-notice pending motions for a new hearing date. Dkt. No. 35. As of the filing of this order, Plaintiffs have not re-noticed their pending motion for a preliminary injunction.

Plaintiffs' delay in noticing the motion for a new hearing date and the passage of months since Plaintiffs filed the motion for preliminary injunction suggest that Plaintiffs are not at risk of immediate harm and, thus, Plaintiffs are not entitled to preliminary injunctive relief. *See Caribbean Marine Servs. Co. v. Baldrige*, 844 F.2d 668, 674 (9th Cir. 1988) ("[A] plaintiff must demonstrate immediate threatened injury as a prerequisite to preliminary injunctive relief."). Accordingly, Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why the Court should not deny the preliminary injunction for failure to demonstrate an immediate threat of irreparable harm

//

United States District Court
Northern District of California

United States District Court
Northern District of California

to warrant issuance of a preliminary injunction. Plaintiffs shall file a written response to this Order to Show Cause, not to exceed five pages, by no later than October 23, 2026.

**IT IS SO ORDERED.**

Dated: October 14, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**